IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA NAGY, *On behalf of herself and all others similarly situated,* | Case No. 1:19-cv-02290 |
| Plaintiff, | MAGISTRATE JUDGE THOMAS M. PARKER |
| v. | |
| FOREST CITY TECHNOLOGIES, INC., *et al.*, | **ORDER APPROVING DISTRIBUTION OF REMAINING FUNDS AND PAYMENT OF COSTS** |
| Defendants. | |

This matter came before the court upon plaintiff's motion for: (i) approval of the distribution of funds remaining on deposit with third-party administrator Settlement Services, Inc. ("SSI") in the amount of $1,321.96 towards the additional costs of administration; and (ii) payment of attorney fees to plaintiff's counsel in the amount of $900.00.  ECF Doc. 30.

Based upon the stipulation of the parties agreeing to the distribution and payment (ECF Doc. 31), the court hereby approves the distribution of the funds remaining on deposit with SSI in the amount of $1,321.96 to cover the costs of settlement administration beyond the $16,205.00 original estimate (ECF Doc. 23 at 15).  The court further approves, pursuant to the parties' joint stipulation, reimbursement of $900.00 to plaintiff for additional fees and costs.  The payment of attorney fees to plaintiff's counsel from defendants shall be made within fourteen (14) days of the date of this order, or upon provision of a W-9 form by plaintiff's counsel to defense counsel, whichever is later.

**IT IS SO ORDERED.**

Dated: January 27, 2022

Thomas M. Parker
United States Magistrate Judge